COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Willie Koehler v. Amoco Federal Credit Union and Reba Hankins

Appellate case number:   01-13-00498-CV

Trial court case number:   11-CV-1172

Trial court:              212th District Court of Galveston County

On June 27, 2013, appellant, Willie Koehler, filed an affidavit of indigence in this court in the above-referenced appeal. *See* TEX. R. APP. P. 20.1(a)(2). On July 9, 2013, we referred the affidavit to the trial court. *See* TEX. R. APP. P. 20.1(c)(1), (d), (h)(4). On July 16, 2013, appellees, Amoco Federal Credit Union and Reba Hankins, timely filed a contest to the affidavit. *See* TEX. R. APP. P. 20.1(e)(1). Therefore, the trial court was required to either conduct a hearing or sign an order extending the time to conduct the hearing by July 26, 2013. *See* TEX. R. APP. P. 20.1(i)(2). Further, to properly sustain the contest, the trial court was required to sign an order sustaining the contest within the prescribed period for the hearing. *See* TEX. R. APP. P. 20.1(i)(4). The clerk's record does not reflect that the trial court signed an order extending the period for the hearing or ruled on the contest by July 26, 2013. Accordingly, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is so ORDERED.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
             ☒ Acting individually    ☐ Acting for the Court

Date: September 24, 2013